UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    DANNY R KING  
    APRIL R TONEY  
        Debtor(s)

Case No. 07-20736

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/06/2007.

2) The plan was confirmed on 03/07/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/12/2008, 09/25/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/11/2008, 07/20/2009, 08/17/2010, 08/17/2010.

5) The case was dismissed on 08/27/2010.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,308.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,277.44 |
| Less amount refunded to debtor | $140.75 |

**NET RECEIPTS:** $5,136.69

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,464.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $283.54 |
| Other | $374.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,121.54

Attorney fees paid and disclosed by debtor: $36.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | Unsecured | 1,350.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| AFFINITY CASH LOANS | Unsecured | 1,303.09 | NA | NA | 0.00 | 0.00 |
| AMERICAN WATER | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 617.00 | 654.26 | 654.26 | 18.56 | 0.00 |
| AMERITECH FACC | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 630.52 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 633.00 | 33.71 | 33.71 | 0.00 | 0.00 |
| ASSOC PATHOLOGY CONSULTANTS | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| B LINE LLC | Unsecured | 1,042.00 | 1,042.06 | 1,042.06 | 39.37 | 0.00 |
| B REAL LLC | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| BETHANY HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 1,042.06 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 780.00 | 2,671.48 | 2,671.48 | 122.48 | 0.00 |
| CORPORATE AMERICA FEDERAL C U | Unsecured | 1,514.00 | 1,998.69 | 1,998.69 | 91.63 | 0.00 |
| CORPORATE AMERICA FEDERAL C U | Unsecured | 1,504.00 | 187.94 | 187.94 | 0.00 | 0.00 |
| CORPORATE AMERICA FEDERAL C U | Unsecured | NA | 1,754.98 | 1,754.98 | 66.30 | 0.00 |
| CORTRUST BANK | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE SURGICAL CONSULTANTS | Unsecured | 2,655.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE SURGICAL CONSULTANTS | Unsecured | 2,656.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGY | Unsecured | 1,162.00 | NA | NA | 0.00 | 0.00 |
| ECONOMY INTERIORS INC | Unsecured | 4,305.00 | NA | NA | 0.00 | 0.00 |
| ECONOMY INTERIORS INC | Unsecured | 3,482.00 | 2,804.69 | 2,804.69 | 128.58 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 22,812.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYS | Unsecured | 304.00 | 308.78 | 308.78 | 0.00 | 0.00 |
| FAIRLANE CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 148.71 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FAST CASH ADVANCE | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BK | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| GLORIA BRICOLINO | Unsecured | 6,500.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 2,114.00 | 1,057.00 | 1,057.00 | 39.94 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SVCS | Unsecured | NA | 5,472.00 | 5,472.00 | 216.11 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 13.10 | 13.10 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 151.13 | 151.13 | 95.52 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 480.87 | 480.87 | 480.87 | 18.17 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 934.00 | 865.39 | 865.39 | 32.69 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 590.00 | 590.42 | 590.42 | 16.75 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 433.00 | 287.91 | 287.91 | 0.00 | 0.00 |
| JOLIET RADIOLOGY | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| MCI COMMUNICATIONS | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT INVESTMENT BU | Unsecured | 900.00 | 900.00 | 900.00 | 34.00 | 0.00 |
| ONE IRON VENTURES | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY | Unsecured | 654.00 | 566.07 | 566.07 | 16.06 | 0.00 |
| PREMIER BANKCARD INC | Unsecured | 333.42 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 329.00 | 522.50 | 522.50 | 19.74 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN ST LUKES | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| SST INC | Unsecured | 15,736.58 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | 355.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 1,223.00 | 623.52 | 623.52 | 17.69 | 0.00 |
| T MOBILE USA | Unsecured | 1,223.00 | 189.67 | 189.67 | 0.00 | 0.00 |
| TALK AMERICA | Unsecured | 105.58 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 2,656.00 | NA | NA | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 180.00 | 1,100.00 | 1,100.00 | 41.56 | 0.00 |
| THE MONEY MARKET | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| TITLE LENDERS INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 756.12 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROMEOVILLE | Unsecured | 232.89 | NA | NA | 0.00 | 0.00 |
| WFH ENTERPRESES INC | Unsecured | 9,650.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $151.13 | $95.52 | $0.00 |
| **TOTAL PRIORITY:** | **$151.13** | **$95.52** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,575.04** | **$919.63** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,121.54 |
| Disbursements to Creditors | $1,015.15 |
| **TOTAL DISBURSEMENTS:** | **$5,136.69** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/07/2011                By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**